The People *vs.* Glorianna Lewis.   *On Counterfeit Notes.*

Glorianna Lewis was charged in an indictment on coun-
terfeit notes, in the following words :

*City and County of New York,* ss.

" The jurors of the people of the State of New York,
" in and for the body of the city and county of New York,
" upon their oath present,

" That Glorianna Lewis, late of the first ward of the
" city of New York, in the county of New York, afore-
" said, spinster, on the twenty-seventh day of January, in
" the year of our Lord one thousand eight hundred and
" twenty-three, with force and arms, at the first ward of
" the city of New York, in the county of New York,
" aforesaid feloniously had in her custody and possession,
" and did receive from some person or persons, to the
" jurors aforesaid unknown, a certain false, forged, and
" counterfeit promissory note for the payment of money,
" commonly called a bank note, which said last mentioned
" false, forged, and counterfeited promissory note for the
" payment of money, is as follows, that is to say (*here
" recite the note verbatim.*) with intention to utter and pass
" the same, and to permit, cause, and procure the same to
" be uttered and passed with the intention to defraud Elias
" Fountain, she, the said Glorianna Lewis, then and there
" well knowing the said last mentioned false, forged, and

If A comes
into the store
of B. and in
the presence
of himself and
a number of
clerks, passes
upon B a
counterfeit
note, and B
puts the note
into his draw-
er, where all
his clerks
have access,
without mak-
ing a private
mark upon it
A cannot be
convicted of
uttering the
note, because
of the uncer-
tainty of its
being the
same note
passed upon
B.

0

o

NEW YORK, " counterfeited promissory note for the payment of money,
Feb. 1823. " to be false, forged and · counterfeited, as aforesaid,
The People " against the form· of the statute in such case made and
*vs.* " provided, and against the peace of the people of the State
G. Lewis. " of New York, and their dignity:

" And the jurors aforesaid, upon their oath aforesaid,
" do further present, that the said Glorianna Lewis, after-
" wards, to wit, on the said twenty-seventh day of Janua-
" ry, in the year of our Lord one thousand eight hundred
" and twenty-three, with force and arms, at the first ward
" of the city of New York, in the county of New York,
" aforesaid, feloniously and falsely did utter and publish
" as true, with intention to defraud Elias Fountain, a cer-
" tain other false, forged, and counterfeited promissory
" note for the payment of money, commonly called a
" bank note, which said last mentioned false, forged, and
" counterfeited promissory note for· the payment of mon-
" ey, is as follows, that is to say, (*here again recite the*
" *note verbatim,*) the said Glorianna Lewis, at the said
" time she so uttered and published the said last men-
" tioned false, forged, and counterfeited promissory note
" for the payment of money, as aforesaid, then and there
" well knowing the same to be false, forged, and counter-
" feited, against the form of the statute in such case made
" and provided, and against the peace of the people of
" the state of New York, and their dignity.

" And the jurors aforesaid, upon their oath aforesaid,
" do further present, that the said Glorianna Lewis after-
" wards, to wit, on the same day and year first aforesaid,
" with force and arms, at the first ward of the city of
" New York, in the county of New York, aforesaid,
" feloniously had in her custody and possession, and did
" receive from some person or persons to the jurors afore-

" said, unknown, a certain other false, forged, and coun-
" terfeited promissory note for the payment of money, is
" as follows : that is to say, (*here again recite the note ver-*
" *batim,*) with intention to utter and pass the same, and to
" permit, cause, and procure the same to be uttered and
" passed, with the intention to defraud some person to
" jurors unknown, the said Glorianna Lewis, then and
" there well knowing the said last mentioned false, forged
" and counterfeited promissory note for the payment of
" money, to be false, forged, and counterfeited, as afore-
" said, against the form of the statute in such case made
" and provided, and against the peace of the people of
" the State of New York, and their dignity.

" And the jurors aforesaid, upon their oath aforesaid,
" do further present, that the said Glorianna Lewis, after-
" wards, to wit, on the said twenty-seventh day of Janua-
" ry, in the year of our Lord one thousand eight hundred
" and twenty-three, with force and arms, at the first ward
" of the city of New York, in the county of New York,
" aforesaid, feloniously and falsely did utter and publish
" as true, with intention to defraud (*insert the person or*
" *persons defrauded,*) a certain other false, forged, and
" counterfeited promissory note for the payment of money,
" is as follows, that is to say, (*here again recite the forged*
" *instrument,*) the said Glorianna Lewis : at the said time
" she so uttered and published the said last mentioned
" false, forged, and counterfeited promissory note for the
" payment of money as last aforesaid, then and there well
" knowing the same to be false, forged, and counterfeited,
" against the form of the statute, in such case made and
" provided, and against the peace of the people of the
" State of New York, and their dignity."

She was arraigned, and plead not guilty to this indict-
ment.

NEW-YORK, Feb. 1823.

The People vs. G. Lewis.

The circumstances are briefly these, she came into Mr. Fountain's store, No. 231 Broadway, and purchased three yards of bombazet, for which she was to pay one dollar and fifty cents, and offered the counterfeited note in payment. She received the change, and left the store with the goods, she had not been gone but a few minutes before it was discovered the note was counterfeit. The note was received by one of the clerks in the store, it was put into the drawer by the clerk at the time he received it, and there was no other money of the same amount or description in the drawer at the time. Soon after the prisoner left the store, some doubts existed as to the genuineness of the note. It was taken by Mr. Strong, one of the clerks, to a number of brokers' offices, and it was pronounced bad. ·-

Mr. Fountain testified to the identity of the prisoner, he described her hat, coat, and dress, particularly, and knew her also by her countenance.

*Maxwell, District Attorney*, after proving these facts, rested the case.

*Price*, her counsel, contended that the evidence against her was too uncertain ; that the bill was out of the possession of Mr. Fountain and his clerks, that it did not appear with sufficient certainty, that it was the same bill passed upon the prosecutor, (if any was passed :) that it lay in the drawer, and was subject to be taken out, or exchanged by one of the clerks ; he contended there was ·a chasm in the evidence, an uncertainty not admitted in prosecutions of this nature, and cited 4 Mass. Rep. p. 465.

The Court were of the same opinion, and so instructed the jury.

The jury returned a verdict of not guilty.

Glorianna Lewis was also indicted for uttering a five dollar counterfeit note of the Eagle Bank in the city of

New Haven, dated January 1, 1821, No. 1084, letter D., <span>NEW-YORK Feb. 1823.</span> upon John Jewet, Jun., on the 28th day of January, 1823. Mr. Jewet was a clerk in the store of Mr. James Ripley, <span>The People vs. G. Lewis.</span> No. 205 Broadway. She called at the store, and bought five and a half yards of calico, and handed the young man a five dollar bill of the Eagle Bank in the City of New Haven.

She was also charged with passing upon Phineas Whitney, No. 53 Fulton Street, a five dollar counterfeit note of the Eagle Bank in the City of New Haven, dated the first of January, 1821, No. 307, letter D., on the 29th of January, 1823. She came into Whitney's store and purchased six yards of calico, amounting to fifteen shillings, in payment of which she handed him the counterfeit note of the Eagle Bank in the City of New Haven, and received the change—not prosecuted.

She was also charged with passing upon Bevil L. Granville, a clerk in the store of Bliss and White, No. 128 Broadway, a five dollar counterfeit note of the Eagle Bank in the City of New Haven, No. 1324, letter D., dated January, 1821. She came into the store and purchased a book for twenty-five cents, and gave Mr. Granville the counterfeited note, and received the change—not prosecuted.

She was also charged with passing upon Mr. Cornell, No. 28 Chatham Street, a five dollar counterfeited note of the Eagle Bank in the City of New Haven, dated January 1st. 1821, No. 1059, letter D., on the 28th day of January, 1823.

She was tried on the last charge, in which the others were given in evidence; but after a patient investigation was acquitted.